IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: ) Case No. 06-04755
    Jan & Shirley Berge ) Chapter 7
) Hon. Squires
)

## NOTICE OF FILING

*To:*
Via ECF and Mail: **Gregg Szilagyi**, Chapter 7 Trustee, 1 S. Wacker Dr., Ste 800, Chicago, IL 60606

Please take notice that on the 12th day of October, 2010, the undersigned filed with the Clerk of the United States Bankruptcy Court, Northern District of Illinois, Eastern Division **The Debtors' Amended Schedule B and C**, a copy of which is attached hereto and hereby served upon you.

    /s/ Daniel J. Winter
**Law Offices of Daniel J. Winter**
Daniel J. Winter # 6208223
53 West Jackson Boulevard
Suite 725
Chicago, Illinois 60604
(312) 427-1613

## CERTIFICATE OF SERVICE

I, Daniel J. Winter, an attorney, certify that I caused a copy of the above Notice along with the documents attached hereto to be sent, proper postage prepaid, via first class mail to the parties listed above, by depositing a copy of same in the U.S. mail at 53 West Jackson Boulevard, Chicago, Illinois this 12th Day of October, 2010, before 5:00 p.m., and to the Trustee via ECF.

    /s/ Daniel J. Winter
    Daniel J. Winter

**Law Offices of Daniel J. Winter**
Daniel J. Winter # 6208223
53 West Jackson Boulevard
Suite 725
Chicago, Illinois 60604
(312) 427-1613